

ORDERED in the Southern District of Florida on October 19, 2015.

          **Laurel M. Isicoff, Judge**
          **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  ARIEL LUGO,                        Case No. 14-13895-LMI
       Debtor                                 Chapter 7
_____/

### ORDER REOPENING AND AVOIDING JUDICIAL LIENS OF CAPITAL ONE BANK, N.A. AND ASSET ACCEPTANCE, LLC ON HOMESTEAD

THIS MATTER, came to be heard on October 15, 2015 upon the Debtor's Motion to Reopen and Motion to Avoid Judicial Liens of Capital One Bank (USA), N.A. and Asset Acceptance, LLC, pursuant to Section 522 (f) and the Court having reviewed the Motion and the Court file, and being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED:

1. The Motion to Reopen and the Motion to Avoid Judicial Liens of Capital One Bank, N.A. and Asset Acceptance, LLC are GRANTED.

2. The judicial lien held by Capital One Bank, N.A. in and on Debtor's homestead located at 17041 NW 85th Court, Hialeah FL 33015, entered of

      record at Official Records Book 28443 Pg 3953 recorded January 14, 2013, in the public records of Miami Dade County, Florida, be and hereby is cancelled.

3. The judicial lien held by Asset Acceptance, LLC in and on Debtor's homestead located at 17041 NW 85th Court, Hialeah FL 33015, entered of record at Official Records Book 28588 Pg / 3473 recorded April 18, 2013, in the public records of Miami Dade County, Florida, be and hereby is cancelled.

4. The creditors, Capital one Bank, N.A. and Asset Acceptance, LLC, are directed to take all steps necessary and appropriate to release their respective judicial liens and remove said liens from the local judgment index.

5. The Clerk shall close the case upon the filing of the Certificate of Service by the Debtor's counsel.

Debtor's counsel is directed to deliver true copies of the foregoing Order to all interested parties.